DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRADLY LEO NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

BRADLY LEO NELSON,

*Defendant.*

Case No. 1:06-cr-0327 OWW

STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON

DATE: February 26, 2007
TIME : 9:00 a.m.
DEPT : Hon. Anthony W. Ishii

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for January 23, 2007, may be continued to **February 26, 2007 at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: January 17, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: January 17, 2007

DANIEL J. BRODERICK
Federal Defender

/s/ Robert W. Rainwater
ROBERT W. RAINWATER
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161. For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated: January 17, 2007**
emm0d6

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE