DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRADLY LEO NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-0327 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER THEREON |
| v. | |
| BRADLY LEO NELSON, | DATE: March 23, 2007 |
| Defendant. | TIME : 9:00 a.m. |
| | DEPT : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for March 2, 2007, may be continued to **March 23, 2007 at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: February 28, 2007          MCGREGOR W. SCOTT
                                  United States Attorney

                                   /s/ David L. Gappa
                                  DAVID L. GAPPA
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


DATED: February 28, 2007          DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Robert W. Rainwater
                                  ROBERT W. RAINWATER
                                  Assistant Federal Defender
                                  Attorney for Defendant


**O R D E R**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:     February 28, 2007**           /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES DISTRICT JUDGE