DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRADLY LEO NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-0327 LJO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER THEREON |
| v. | ) | |
| | ) | DATE:  April 6, 2007 |
| BRADLY LEO NELSON, | ) | TIME : 9:00 a.m. |
| | ) | DEPT : Hon. Lawrence J. O'Neill |
| *Defendant.* | ) | |
| | ) | |
| ———————————————— | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel

of record herein, that the Status Conference in the above captioned matter, scheduled for March 23, 2007,

may be continued to **April 6, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

Counsel for the defendant and the government have been working with the Fresno County District

Attorney's office to resolve Mr. Nelson's state charges concurrently with his federal charges. An offer may

be forth coming but further time is need by the state court prosecutor to get the appropriate approval to

enter into such a plea bargain.

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for effective defense

3    preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

4    DATED: March 21, 2007                    MCGREGOR W. SCOTT
                                              United States Attorney
5

6                                             /s/ David L. Gappa
                                              DAVID L. GAPPA
7                                             Assistant U.S. Attorney
                                              Attorney for Plaintiff
8

9

10   DATED: March 21, 2007                    DANIEL J. BRODERICK
                                              Federal Defender
11

12                                            /s/ Robert W. Rainwater
                                              ROBERT W. RAINWATER
13                                            Assistant Federal Defender
                                              Attorney for Defendant
14

15

16                              **O R D E R**

17   Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends

18   of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

19

20   IT IS SO ORDERED.

21   **Dated:    March 21, 2007**              **/s/ Lawrence J. O'Neill**
     b9ed48                                   UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Nelson - Stipulation to Continue Status Conference        2