UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. F-06-00327 LJO |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| BRADLY LEO NELSON, | ) | |
| Defendant. | ) | |

ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing, without prejudice, the indictment in the above-captioned action.  It is hereby ORDERED that the indictment be dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   April 20, 2007**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1